IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary William Church,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Defendant. | No. CV-07-1236-PHX-FJM<br><br>**ORDER** |

    The court has before it petitioner's "Petition for Habeas Corpus Under 28 U.S.C. § 2255" (doc. 1), petitioner's "Amendment" (doc. 10), respondent's "Answer" (doc. 14), petitioner's "Reply" (doc. 19), the Report and Recommendation of the United States Magistrate Judge (doc. 20), and "Petitioner's Objections to the Report and Recommendation" (doc. 24).

    The comprehensive Report and Recommendation very carefully evaluated each of petitioner's claims. Petitioner contends that the magistrate judge deliberately misstated the facts. We reject this contention. There was a simple, harmless, typographical error in the Report and Recommendation. The petitioner reargues denial of effective assistance of counsel, a fundamental miscarriage of justice, and cause and prejudice. However, these contentions have been adequately dealt with by the magistrate judge and are without merit.

1  There is no need to duplicate that analysis here. Petitioner reargues factual assertions but a
2  habeas petition is not an opportunity to retry the case.
3  After *de novo* review of petitioner's objections under Rule 8(b), Rules
4  Governing § 2254 Cases, the court accepts the recommendation of the United States
5  Magistrate Judge. Accordingly, IT IS ORDERED DENYING petitioner's "Petition for Writ
6  of Habeas Corpus" (doc. 1).
7  DATED this 22nd day of May, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge